#11092396
$16.11
9/16/11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

NEIL E. BUSHEN                                             B-10-12752-B

                Debtor

        IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: Neil E. Bushen, 4387 Brown Street, Springville, NY 14141

        AND IT

        FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

        Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $16.11 representing unclaimed funds belonging to the above-named debtor.

Dated: September 15, 2011             _____
                                                   ALBERT J. MOGAVERO
                                                   CHAPTER 13 TRUSTEE



FILED SEP 16 2011 BANKRUPTCY COURT BUFFALO, N.Y.